# Appendix C

# NEXIUM – Being the Best in '04

Scientific Affairs Skill Center Meeting

Houston, TX

January 14, 2004

Linda Palczuk
CBL - NEXIUM

ATTORNEY CONFIDENTIAL PURSUANT TO COURT ORDER
ASTRA DAMAGES DISCOVERY

PLAINTIFFS TRIAL EXHIBIT
NO. PX-89

1

AZD 199328





ATTORNEY CONFIDENTIAL PURSUANT TO COURT ORDER
ASTRA DAMAGES DISCOVERY

AZD 199341

14