UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ASTRAZENECA AB, et al.,                :    01 Civ. 9351 (DLC)
                                       :
                    Plaintiffs,        :
                                       :    FINAL JUDGMENT
          -v-                          :
                                       :
APOTEX CORPORATION, et al.,            :
                                       :
                    Defendants.        :
                                       :
------------------------------------X

   The Court having previously entered judgment that defendants Apotex Corporation, Apotex, Inc., TorPharm, Inc. (collectively "Apotex") infringed and failed to prove invalid certain claims of U.S. Patent Nos. 4,786,505 and 4,853,230 (Dkt. No. 115, June 18, 2007), and that judgment having been affirmed by the United States Court of Appeals for the Federal Circuit by its mandate dated August 20, 2008, this action was tried by Judge Denise L. Cote without a jury and the following decision was reached:

   It is ordered that, for the reasons stated in the Opinion and Order dated November 26, 2013, plaintiffs AstraZeneca AB, Aktiebolaget Hässle, KBI-E Inc., and AstraZeneca LP shall recover from Apotex damages in the amount of $76,021,994.50, with prejudgment interest of $28,345,428.00, and post-

judgment interest pursuant to 28 U.S.C. § 1961, along with costs.

Date: *December 10, 2013*                     *[signature]*

                                              _____
                                              Clerk of Court